PROB 12C
(6/16)

Report Date: October 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 20, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Tovar     Case Number: 0980 2:22CR00077-TOR-1

Address of Offender: ███████████████     Moses Lake, Washington 98837

Name of Sentencing Judicial Officer:  The Honorable Micaela Alvarez, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 12, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, 18 U.S.C.§§ 846, 841(a)(1), (b)(1)(A) |
| Original Sentence: | Prison - 135 months        Type of Supervision: Supervised Release
TSR - 60 months |
| Asst. U.S. Attorney: | U.S. Attorney's Office        Date Supervision Commenced: April 11, 2022 |
| Defense Attorney: | Federal Defenders Office      Date Supervision Expires: April 10, 2027 |

## PETITIONING THE COURT

To issue a warrant.

On April 14, 2022, a probation officer reviewed the judgment with Mr. Tovar. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| 2 | **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer. |

**Supporting Evidence**: It is alleged that Mr. Tovar violated the conditions of his release by changing his residence without notifying his probation officer and by failing to make himself available at his home or elsewhere, on or about October 10, 2023.

On October 10, 2023, the undersigned attempted to make contact with Mr. Tovar at his last reported address. Located on Mr. Tovar's front door was a Grant County Sheriff's Office

Prob12C
Re: Tovar, Jerry
October 20, 2023
Page 2

document stating that he was required to vacate the residence by September 28, 2023. The undersigned knocked on the residence for approximately 3 to 5 minutes but nobody appeared to be present in the residence. The undersigned has sent Mr. Tovar a text message and left a voicemail directing him to contact the undersigned. On October 19, 2023, the undersigned spoke with one of Mr. Tovar's collateral contacts and he stated he was uncertain of Mr. Tovar's current whereabouts. As of this writing, Mr. Tovar has failed to contact the undersigned to report any change of address and he appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 20, 2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

Thomas O. Rice
United States District Judge

October 20, 2023
Date