PROB 12C
(6/16)

Report Date: April 17, 2024

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 18, 2024

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerry Tovar | Case Number: 0980 2:22CR00077-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Moses Lake, Washington 98837 | |

Name of Sentencing Judicial Officer:  The Honorable Micaela Alvarez, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 12, 2012

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C.§§ 922 (g)(1) and 924(a)(2); Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, 18 U.S.C.§§ 846, 841(a)(1), (b)(1)(A) | | |
| Original Sentence: | Prison - 135 months<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: April 11, 2022 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 10, 2027 | |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/20/2023.

On April 14, 2022, a probation officer reviewed the judgment with Mr. Tovar. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Tovar violated the conditions of his supervised release on or about July 27, 2023, by committing the felony offenses of rape in the second degree and unlawful imprisonment.<br><br>Specifically, per Richland Police Department (RPD) report 2023-00031259, an RPD officer was dispatched to Lourdes Medical Center (LMC) on July 28, 2023, at approximately 1:07 a.m., as a female reported that she had been raped. Through the interview with the RPD officer at LMC, the alleged victim stated that she attended a social gathering on July 27, 2023, where she met Jerry Tovar for the first time. The alleged victim stated that Mr. Tovar was consuming alcohol at this gathering and she, "had a few beers." The alleged victim stated that people started to vacate the gathering as it got dark outside and Mr. Tovar asked |

Prob12C
**Re: Tovar, Jerry**
**April 17, 2024**
**Page 2**

for a ride home. The alleged victim agreed as she believed he was in no condition to drive. Mr. Tovar provided an address in Richland, Washington, where he stated he resided with his nephew and this drive took approximately 40 minutes. The alleged victim stated that Mr. Tovar did not do anything inappropriate during this drive but did state that he had recently served 10 years in prison, and that when gangs needed kids to disappear, he would do stuff like that.

Upon arriving at the destination, the alleged victim stated that she needed to use the bathroom and Mr. Tovar stated that she could come inside the house. Once inside the residence, the alleged victim reported that Mr. Tovar's behavior changed and he stated the only bathroom she could use was in the basement and that he forcefully removed the car keys from her hand. The alleged victim stated that she then changed her mind about using the bathroom. Thereafter, Mr. Tovar grabbed the alleged victim by her hands, and applied pressure by forcefully conjoining her hands together in which she stated she felt overpowered and he directed her through the residence and ultimately to the basement. Once in the basement, Mr. Tovar pushed the alleged victim on a bed and unclothed himself and offered her drinks from an unlabeled liquor bottle which she described as, "apple flavored whiskey." Mr. Tovar then removed her shorts and pushed aside her bathing suit and began to forcefully penetrate her vagina with his fingers and penis. The alleged victim stated that she was crying and told Mr. Tovar to stop numerous times though he continued and was telling her things like "shut up, be quiet", "you are mine tonight" and, "who do you love", while he allegedly performed these acts. The alleged victim described the encounter as painful and uncomfortable and that Mr. Tovar was too strong for her to fight back and she was scared due to the comments he made in the car and that he may kill her if she fought back. The encounter lasted approximately 30 minutes and the alleged victim stated she lied to Mr. Tovar about needing to check on her daughter, whom she told him was in the car, which confused him and she eventually was able to leave the residence.

Upon departing this residence, the alleged victim contacted her ex-husband on July 28, 2023, at approximately 12:11 a.m. and told him to contact law enforcement. She then went to LMC where a sexual assault kit was collected and later turned over to RPD for evidence. RPD officers believed there was probable cause to arrest Mr. Tovar for rape and they reported to the residence at approximately 2:39 a.m., where this incident allegedly occurred. RPD officers first made contact with Mr. Tovar's nephew who resides at this residence. He confirmed Mr. Tovar was currently inside the residence though shut the door on the RPD officers. The RPD officers then attempted to call Mr. Tovar's cellular telephone without success. The nephew eventually came back outside and informed an RPD officer he would go and get Mr. Tovar. Mr. Tovar eventually came out of the residence. He was detained without incident and arrested on the aforementioned charges. RPD detectives attempted to interview Mr. Tovar though he declined to make a statement without an attorney being present.

On July 28, 2023, RPD officers applied for search warrants of the residence and Mr. Tovar's person which were subsequently granted. Mr. Tovar has remained in continuous custody since July 28, 2023, and he is currently being held on $200,000 bond on the aforementioned charges. A trial date is presently set for June 3, 2024.

Prob12C
Re: Tovar, Jerry
April 17, 2024
Page 3

    4    **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

        **Supporting Evidence**: It is alleged that Mr. Tovar consumed alcohol to excess on or about July 27, 2023.

        Specifically, per Richland Police Department (RPD) report 2023-00031259, it is noted that Mr. Tovar was arrested on the felony offenses of rape in the second degree and unlawful imprisonment. The report indicates that Mr. Tovar consumed alcohol on July 27, 2023, at a social gathering. In addition, the alleged victim stated that Mr. Tovar was in no condition to drive before departing the social gathering due to consuming alcohol. Further noted was that upon arriving at Mr. Tovar's nephew's residence he continued to consume hard liquor. Finally, the report indicates that upon Mr. Tovar being arrested in the morning of July 28, 2023, the arresting officer stated that he could smell alcohol emitting from Mr. Tovar's person, that he stumbled slightly as he walked, and that it was his opinion that he was intoxicated.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

    I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on: | April 17, 2024 |
| | s/Jonathan C. Bot |
| | Jonathan C. Bot<br>U.S. Probation Officer |

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

April 18, 2024
Date