PROB 12C
(6/16)

Report Date: May 28, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 28, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jerry Tovar | Case Number: 0980 2:22CR00077-TOR-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮ Yakima, Washington 98902 | |

Name of Sentencing Judicial Officer:  The Honorable Micaela Alvarez, U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 12, 2012

| | |
|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 942(a)(2); Conspiracy to Possess with Intent to Distribute 5 kilograms or More of Cocaine, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A); |
| Original Sentence: | Prison - 135 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (06/26/2024) | Prison - 6 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 18, 2024 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 17, 2027 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on May 8, 2025.

On October 21, 2024, a probation officer reviewed the judgment with Mr. Tovar. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #4**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**:  It is alleged that Mr. Tovar violated the conditions of his supervised release on or about May 12, 2025, by consuming alcohol. |

Prob12C
Re: Tovar, Jerry
May 28, 2025
Page 2

On May 23, 2025, this officer received status report from Mr. Tovar's treatment provider, Triumph Community Drug and Alcohol Center (Triumph), and it stated Mr. Tovar submitted to urinalysis (UA) testing on May 13, 2025. The specimen was sent to the laboratory for confirmation. The results were received by Triumph on May 18, 2025, confirmed positive for alcohol.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   May 28, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge on June 2, 2025.
[ ]   Other

Thomas O. Rice
United States District Judge

May 28, 2025
Date