PROB 12C
(6/16)

Report Date: May 6, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 08, 2025

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jerry Tovar                                  Case Number: 0980 2:22CR00077-TOR-1

Address of Offender: 1521 South 8th Avenue, Yakima, Washington 98902

Name of Sentencing Judicial Officer: The Honorable Micaela Alvarez, U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: December 12, 2012

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 942(a)(2); Conspiracy to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(A)and 846 | |
| Original Sentence: | Prison - 135 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (06/26/2024) | Prison - 6 months<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: October 18, 2024 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: October 17, 2027 |

## PETITIONING THE COURT

To issue a summons.

On October 21, 2024, a probation officer reviewed the judgment with Mr. Tovar. He stated he understood the conditions of his supervision and signed a copy of his judgment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: It is alleged that Mr. Tovar violated the conditions of his supervised release on or about January 15, 2025, by committing an offense of rape, as charged in Yakima County Superior Court case number 25-1-00505-39, on April 17, 2025.<br><br>Per Yakima Sheriff's Office (YSO) response to a sex crime call at 6201 East Euclid Road, Mabton, Washington, upon the deputy's arrival, he made contact with CH. CH's daughter was also present. CH reported that in October of 2024, she had started a dating relationship with Jerry Tovar (DOB: 08/09/1972). Mr. Tovar moved into her residence and lived with |

Prob12C
**Re: Tovar, Jerry**
**May 6, 2025**
**Page 2**

her until February 8, 2025. There had been a domestic incident on that day, which YSO had responded to, and Jerry moved out. CH told the deputy that during their relationship, Mr. Tovar repeatedly forced himself on her and forced her to have sexual relations with him. CH and her daughter both stated that Mr. Tovar had told both of them he had ties to the cartel. CH stated Mr. Tovar repeatedly told her he would kill her if she left him. CH stated she believed Mr. Tovar had the means and would be capable of carrying out the threats. The deputy asked CH why she had not reported this sooner and she stated she was scared, and felt safer now that he was gone, and the protection orders were in place. CH also stated she did not want Mr. Tovar to do this to other women.

The deputy asked CH if she would be willing to write out a sworn statement form and she stated she would. CH's daughter also wanted to fill out a statement form explaining what she had seen and heard. The deputy provided statement forms to both of them and stood by while they filled them out. In her statement, CH details several incidents where Mr. Tovar engaged in sexual relations with CH without her consent.

The deputy also provided CH with an Axon evidence link because she stated she had text messages saved from her daughter that were related to the incidents. The deputy provided CH with his business card and the case number. CH stated she was seeing a counselor and did not need any more resources.

The deputy requested this case be sent to the detective division for review. On April 17, 2025, an Information was filed in Yakima County Superior Court case number 25-1-00505-39, charging Mr. Tovar with third degree rape. On April 21, 2025, a summons was issued notifying Mr. Tovar of an arraignment hearing set for May 9, 2025.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 6, 2025

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Tovar, Jerry**
**May 6, 2025**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

*Thomas O. Rice*
Thomas O. Rice
United States District Judge

May 8, 2025
Date