FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2025

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>JERRY TOVAR,<br><br>            Defendant. | No. 2:22-CR-00077-TOR-1<br><br>ORDER MODIFYING CONDITIONS OF PRE-REVOCATION HEARING RELEASE<br><br>**MOTION GRANTED**<br>   (ECF No. 53) |

Before the Court is Defendant JERRY TOVAR's Motion to Modify Conditions of Release. **ECF No. 53**. The United States did not oppose the motion. Based on the United States' affirmative non-opposition to Defendant's Motion, the Court grants the Motion.

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 53**, is **GRANTED.  Condition No. 2a (regarding curfew) set forth in ECF No. 48 shall be STRICKEN.**

2. All other terms and conditions of pre-revocation hearing release set forth in ECF No. 48 shall remain in full force and effect.

3. Defendant further remains released on the previously imposed conditions of supervised release pending the revocation hearing. Said conditions are further expressly reimposed under 18 U.S.C. § 3142(c), pursuant to this Court's

ORDER - 1

authority to grant pre-revocation hearing release under Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1).

**IT IS SO ORDERED.**

DATED October 30, 2025.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2